**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **COVENTRY'S DELI**, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : Case No. 2:21-cv-2708 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Kimberly A. Jolson |
| **STATE AUTO PROPERTY AND** | : |
| **CASUALTY INSURANCE, CO.**, | : |
| | : |
| Defendant. | : |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the September 28, 2022 Opinion and Order, the Court **GRANTED** Defendant's Motion to Dismiss. Plaintiff's Amended Complaint is **DISMISSED.**

Date:  September 28, 2022            Richard W. Nagel, Clerk

                                         s/Diane Stash
                                      Diane Stash/Deputy Clerk